THE STATE OF SOUTH CAROLINA
In The Court of Appeals
__________

 
 
 The State,
 
 
 Respondent,
 
 

v.

 
 
 Jerry Lee Smith, 
 
 
 Appellant.
 
 

__________
Appeal From Lee County
 Clifton Newman, Circuit Court Judge
__________
Unpublished Opinion No. 2003-UP-576
Submitted July 15, 2003  Filed October 
 1, 2003    
___________
APPEAL DISMISSED
___________
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Charles 
 H. Richardson, of Columbia, Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
PER CURIAM:  Jerry Lee Smith appeals 
 his plea of guilty to threatening the life of a public official, pointing and 
 presenting a firearm, assault and battery of a high and aggravated nature (ABHAN), 
 and aiding an escape from custody of an officer.  The trial judge sentenced 
 Smith to ten years imprisonment for ABHAN, five years imprisonment for pointing 
 and presenting a firearm, five years imprisonment for threatening the life of 
 a public official, and two years imprisonment for aiding an escape from custody.  
 The sentences were to be served concurrently.
            Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Smith attached to the final brief a petition 
 to be relieved as counsel, stating she had reviewed the record and concluded 
 Smiths appeal is without legal merit sufficient to warrant a new trial.  Smith 
 did not file a separate pro se response.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.